IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LANCE DOLPH SCOTT,** | ) | CASE NUMBER |
| | ) | **1:21-cv- 01383** |
| Plaintiff, Self-Represented, | ) | JURY TRIAL DEMANDED |
| | ) | |
| -vs- | ) | |
| | ) | Harry D. Leinerweber, District Judge |
| **LUKE ANDREW CASSON, ET. AL.,** | ) | Suni R. Hariani, Magistrate Judge |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT AGAINST DEFENDANTS LUKE ANDREW CASSON, ANDREOU & CASSON,.. ELIZABETH A. GRANOFF AND LAW OFFICE OF ELIZABETH A. GRANOFF PURSUANT TO FRCP RULE 55(b)(1)

### INTRODUCTION

**COMES NOW** United States Federal Government citizen, LANCE DOLPH SCOTT, plaintiff, self-represented, reserving all of my rights, and waiving none, ever, and submits my motion for judgment by default against defendants Luke Andrew Casson, Andreou & Casson, Elizabeth A. Granoff, Law Office of Elizabeth A. Granoff pursuant to frcp rule 55(b)(1) seeking of this Court, by the Clerk, to enter Default Judgment against defendants Luke Andrew Casson, Andreou & Casson, Elizabeth A. Granoff and Law Office of Elizabeth A. Granoff for their failure to Appear after being served with Summons and Complaint pursuant to frcp rule 55(a)(1).

### PROCEDURAL BACKGROUND

On or about the 17th day of March, 2021, pursuant to Rule 4(c)(1)(2) of the Federal Rules of Civil Procedure, via the U.S. Postal Service, I certified mailed a copy of my

verified complaint and a copy this court's issued Summons to defendants Luke Andrew Casson, Andreou & Casson, Ltd., Elizabeth A. Granoff and the Law Office of Elizabeth A. Granoff.

On March 23, 2021, the USPS effectuated service of the summons and verified complaint upon defendants Luke Andrew Casson, Andreou & Casson, Elizabeth A. Granoff, and the Law Offices of Elizabeth A. Granoff at the office of record located 661 West Lake Street, Suite 2N , Chicago, Illinois 60601.

I contend that the particular set of defendant parties associated with this motion are in default for failure to file their required Appearance in response to the received Summons and required Answer in response to the received verified complaint.

I now address my motion for judgment by default against defendant Luke Andrew Casson, Andreou & Casson, Elizabeth A. Granoff, and the Law Office of Elizabeth A. Granoff

## ARGUMENT

I, plaintiff Scott contend that Default Judgment is warranted against defendants Luke Andrew Casson, Andreou & Casson, Elizabth A. Granoff, and the Law Office of Elizabeth A. Granoff of the following reason.

> Rule 55 of the Federal Rules of Civil Procedure, in relevant part, states; (a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise the clerk must enter the party's default.

> (b) Entering a Default Judgment
> > (1) By the Clerk. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk – on the plaintiff's request, with an affidavit showing the amount due- enter judgment for that amount and cost against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

The 12th day of April, 2021 represented the expiration of the due date requiring the defendants to file their respective appearances. As of the date of the filing this rule 55 (b)(1) motion for default judgment, neither has the defendants filed their respective appearances, nor has the defendants file a frcp rule 6(b)(1) motion requesting extension of time to file their respective appearances pass the April 12, 2021 deadline due date.

The failure on the part of the defendants subject to this motion for default judgment to file their required appearance should be interpreted as the defendants not disputing any of the facts and not disputing the civil rights violations claims against them as set forth in the verified complaint. Therefore, default judgment should be entered against the defendants as detailed in the attached affidavit showing the full amount per count due from the particular set of defendants whom are the subject of this motion (*See* Exhibit A, attached hereto).

**WHEREFORE**, I, **LANCE DOLPH SCOTT**, plaintiff, self-represented request that Default Judgment be entered against defendants Luke Andrew Casson, Anderoau & Casson, Elizabeth A. Granoff and the Law Offices of Elizabeth A. Granoff.

3.

Respectfully submitted

By _____/s/ Lance D. Scott_____
:Lance – Dolph :Scott
Plaintiff, Self-Represented

:Lance – Dolph :Scott
In care of 708 Sugar Creek Drive
Township of Joliet/Will County
Republic of Illinois [60433]
(815) 768-7828

4.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **LANCE DOLPH SCOTT,** | ) | CASE NUMBER |
| | ) | **1:21-cv- 01383** |
| Plaintiff, Self-Represented, | ) | JURY TRIAL DEMANDED |
| | ) | |
| -vs- | ) | |
| | ) | Harry D. Leinerweber, District Judge |
| **LUKE ANDREW CASSON, ET. AL.,** | ) | Suni R. Hariani, Magistrate Judge |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF LANCE DOLPH SCOTT'S DELARATION FOR DEFAULT JUDGMENT PURSUANT TO FRCP RULE 55(b)(1)

I, Lance Dolph Scott, plaintiff self-represented declare if called upon could competently testify to the following claims from my own personal knowledge.

I am the plaintiff, self-represented in the above caption cause and the moving party for this default judgment against defendants Luke Andrew Casson, Andreou & Casson, Elizabeth A. Granoff, and Law Offices of Elizabeth A. Granoff in reference to Counts IV to VII of the verified complaint.

I am making this declaration to set forth the amount due per Count of the verified complaint directed against defendants Luke Andrew Casson, Andreou & Casson, Elizabeth A. Granoff, and the Law Offices of Elizabeth Granoff

Count II Title 42 U.S.C. Section 1985(3) Conspiracy To Interfere With Rights
Defendant Luke Andrew Casson, Andreou & Casson, Elizabeth . Granoff,Law Office of Elizabeth A. Granoff
**$25,000.00** Compensatory damages
**$5,000.00** Discretionary damages
**$5,000.00** General damages
**$5,000.00** Proximate damages
**$75,000.00** Punitive damages

Count IV Negligent Breach of Fiduciary Duty, Defendant Luke Andrew Casson, **$250,000.00**

Count V Conversion, Defendant Luke Andrew Casson, **$250,000.00,** along with a reasonable interest owed on the wrongful cancelled **$6,000.00** second installment payment from the Settlement which was wrongfully with held for twelve (12) years.

Count VI Breach of Contract and Covenant of Good Faith and Fair Dealings, Defendant Luke Andrew Casson, **$250,000.00**

Count VII Punitive Damages, Defendant Luke Andrew Casson, **$40,000.00**

2. I, Lance Dolph Scott, declare under penalty of perjury under the Laws of the United States of America that the amount of monies due from defendant Luke Andrew Casson, Andreou & Casson, Elizabeth A. Grandoff, and the Law Offices of Elizabeth A. Granoff as set forth in this declaration is true and correct.

FURTHER DECLARANT SAITH NOT:

Executed on: 5-28-21

_Lance D. Scott_
Declarant